COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00494-CV

SAMUEL KADYEBO                                                             APPELLANT

V.

CJ HERITAGE APTS.                                                             APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Appellant's Motion To Dismiss Appeal With Prejudice." It is the court's opinion that the motion should be granted. We deny "Appellee's Motion To Dismiss Appellant's Appeal" as moot.

We dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

                                                                 PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: May 31, 2012

---

[1]*See* Tex. R. App. P. 47.4.